UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor,

Plaintiffs,

v.

STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREG RUBINDO, R. HOOPER, A. ROGER, DARYL HUNTSINGER, and GREG OLIVER,

Defendants.

No. 2:25-cv-02328-JHC

ORDER

This matter comes before the Court on Plaintiffs' motion to extend Plaintiffs' time to serve Defendants Greg Rubindo and A. Roger to April 15, 2026.  Dkt. # 14.  The motion is unopposed by Defendants State of Washington, Elizabeth Starlight, Melissa Gaskin, R. Hooper, Daryl Huntsinger, and Greg Oliver.

Having reviewed the moving papers and court file, and being fully apprised, the Court finds good cause to extend the time to serve, and therefore GRANTS the motion.

DATED this 3rd day of February, 2026.

John H. Chun
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1

No. 2:25-cv-02328-JHC