UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor,

Plaintiffs,

v.

STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREG RUBINDO, R. HOOPER, A. ROGER, DARYL HUNTSINGER, and GREG OLIVER,

Defendants.

No. 2:25-cv-02328-JHC

ORDER

This matter came before the Court on Plaintiffs' request for discovery hearing pursuant to the Minute Order Setting Trial Date (Dkt. # 13) and Fed. R. Civ. P. 16(b)(3)(B)(v). The Court held a telephonic hearing on February 18, 2026, attended by counsel for the Plaintiffs and Defendants State of Washington, Elizabeth Starlight, Melissa Gaskin, Greg Rubindo, R. Hooper, Daryl Huntsinger, and Greg Oliver. Dkt. # 22.

Having considered the parties' letter memoranda, argument, and court file, and otherwise being fully apprised, the Court finds that materials held by the Nisqually Tribal Jail and responsive to Plaintiffs' Requests for Production 5, 8, and 9 are within Defendant State of Washington's "legal control" for purposes of Plaintiffs' discovery requests, and GRANTS Plaintiffs' motion to compel Defendant State of Washington to obtain and produce those materials. The parties shall cooperate to the degree possible to accomplish this Order.

ORDER - 1

No. 2:25-cv-02328-JHC

DATED this 18th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2

No. 2:25-cv-02328-JHC