UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREG RUBINDO, R. HOOPER, A. ROGER, DARYL HUNTSINGER, and GREG OLIVER, <br><br> Defendants. | No. 2:25-cv-02328-JHC <br><br> ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM <br><br> Noted: March 25, 2026 |

**THIS MATTER** came on regularly for hearing on Plaintiffs' Unopposed Motion to have Bruce A. Wolf appointed as the Guardian Ad Litem on behalf of Plaintiff N.F., a minor. The Court has reviewed the files and records in this case, the Unopposed Motion for Appointment of Settlement Guardian Ad Litem (Dkt. # 35) and the Declarations of Bruce A. Wolf, Alexis Delfino, and Braden Pence.

The unopposed motion is hereby **GRANTED** and Bruce A. Wolf is appointed as the Guardian Ad Litem for minor Plaintiff, N.F.

**IT IS SO ORDERED**.

//

//

ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT
OF SETTLEMENT GUARDIAN AD LITEM - 1

No. 2:25-cv-02328-JHC

DATED this 25th day of March 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT
OF SETTLEMENT GUARDIAN AD LITEM - 2

No. 2:25-cv-02328-JHC