UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor,

Plaintiffs,

v.

STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREGORY ROBINSON, MELISSA PUMEHANA HOOPER, ALAN ROSKI, DARYL HUNTSINGER, and GREG OLIVER,

Defendants.

No. 2:25-cv-02328-JHC

ORDER GRANTING STIPULATED MOTION

This matter comes before the Court on the parties' stipulated motion for a trial continuance. Dkt. # 61. In support of the motion, the parties submitted stipulated facts regarding recent case developments, including the recent appearance of new counsel, that render the current case schedule infeasible.

Having reviewed the stipulated motion and the court file and otherwise being fully apprised, the Court finds good cause to continue the trial to November 2027. Accordingly, the motion is granted. The new trial date is **November 15, 2027**. The Court DIRECTS the Clerk to issue a case scheduling order that includes pretrial deadlines.

**IT IS SO ORDERED.**

//

//

DATED this 24th day of September, 2026.

John H. Chun
United States District Judge