UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor,

Plaintiffs,

v.

STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREGORY ROBINSON, MELISSA PUMEHANA HOOPER, ALAN ROSKI, DARYL HUNTSINGER, and GREG OLIVER,

Defendants.

No. 2:25-cv-02328-JHC

ORDER APPROVING PARTIAL SETTLEMENT INVOLVING MINOR

This matter comes before the Court on the motion of the Stipulating Parties (all Plaintiffs and Defendants State of Washington, Daryl Huntsinger, and Greg Oliver) to approve the proposed partial settlement, enter judgment against the State of Washington, and dismiss all claims against Daryl Huntsinger and Greg Oliver. Dkt. # 66.

The proposed settlement requires Court approval because it involves the interests of N.F., a minor.

In support of the stipulated motion, the Stipulating Parties submitted the Report of the minor's court-appointed Guardian ad Litem ("GAL"), ECF No. 63, and the declarations of Bruce Wolf and Braden Pence.

Having reviewed the stipulated motion, the GAL's Report, and the supporting declarations, the Court finds, orders, and declares:

1. The settlement terms set forth in the GAL Report are fundamentally fair, adequate, and reasonable.
2. The stipulated motion to approve the minor settlement is **GRANTED**.
3. The settlement as set forth in the GAL Report is **APPROVED**.
4. The payment of $1,000,000 to a settlement trust for N.F. as set forth in the GAL Report is **APPROVED**.
5. The Court **AUTHORIZES** N.F.'s settlement trust to be established in the Superior Court of the State of Washington.
6. The payment of $771,927.22 to Shannon and Buddy Finch as set forth in the GAL Report is **APPROVED**.
7. The attorneys' fees to Plaintiffs' counsel's firm, MacDonald Hoague & Bayless, in the amount of $1,240,000, are reasonable and are **APPROVED**.
8. The costs incurred by MacDonald Hoague & Bayless, in the amount of $63,347.78, are reasonable and are **APPROVED**.
9. The costs incurred by Settlement Guardian ad Litem Bruce Wolf in the amount of $5,225.00 are reasonable and are **APPROVED**.
10. The Clerk shall **ENTER JUDGMENT** against State of Washington in the amount of $3,100,000 (three million one hundred thousand dollars).
11. The State of Washington shall satisfy that judgment by paying the full amount into the registry of the Court within 30 days of this Order.
12. The Court **DISMISSES** Daryl Huntsinger and Greg Oliver with prejudice and without costs or fees.

//

//

//

SO ORDERED.

DATED this 1st of October, 2026.

John H. Chun
United States District Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: /s/ Braden Pence
Braden Pence, WSBA #43495
705 Second Ave., Ste. 1500
Seattle, WA 98101
BradenP@mhb.com

*Attorneys for Plaintiffs*

LARSON HEALTH ADVOCATES, PLLC

By: */s/ Matthew J. McCauley* (authorized via email)
Matthew J. McCauley, WSBA #45317
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Phone:206-658-4690
matthew@lhafirm.com

*Attorneys for Defendants State of Washington, Daryl Huntsinger, and Greg Oliver*