UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, and N.F., a minor,<br><br>Plaintiffs,<br>vs.<br><br>STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREGORY ROBINSON, MELISSA PUMEHANA HOOPER, ALAN ROSKI, DARYL HUNTSINGER, and GREG OLIVER,<br><br>Defendants. | Case No. 2:25-cv-02328-JHC<br><br>ORDER GRANTING FOX BALLARD PLLC'S MOTION TO WITHDRAW AS COUNSEL<br><br>NOTE ON MOTION CALENDAR: 10/20/2026 |

The Motion to Withdraw as Counsel comes before the Court on October 20, 2026. Dkt. # 64. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion.

//

//

DATED this 21st day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE