UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTATE OF STEVEN FINCH, SHANNON FINCH, HAROLD FINCH, AND N.F., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, ELIZABETH STARLIGHT, MELISSA GASKIN, GREGORY ROBINSON, MELISSA PUMEHANA HOOPER, ALAN ROSKI, DARYL HUNTSINGER, and GREG OLIVER,<br><br>Defendants. | No. 2:25-cv-02328-JHC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR DISBURSEMENT OF REGISTRY FUNDS |

This matter comes before the Court on the Plaintiffs' Motion for Disbursement of Registry Funds. Dkt. 76. Having reviewed the motion, which is unopposed, and all other filings, and being fully informed, the Court finds, orders and declares

The Motion is **GRANTED**.

The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $3,100,000.00 plus all accrued interest, payable to MacDonald Hoague & Bayless in trust for Plaintiffs Shannon Finch, Harold Finch, and N.F.and mail the check to MacDonald Hoague & Bayless.

//

//

DATED this 24th of November, 2026.

John H. Chun
United States District Judge